IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re TIMMIE LEQUE

No. C 14-4613 MEJ  (PR)

**ORDER OF DISMISSAL**

    Pursuant to Plaintiff's notice of voluntary dismissal (Docket No. 5), this case is DISMISSED without prejudice.  See Fed. R. Civ. P. 41(a)(1).

    The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED: November 13, 2014

Maria-Elena James
United States Magistrate Judge

C:\Users\maherr\AppData\Local\Temp\notes1A03DD\Leque14-4613 vol-dis.wpd